**FILED**
February 10, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-00224-GEB |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| KORYUN HAKOBYAN, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KORYUN HAKOBYAN</u>, Case No. <u>2:12-CR-00224-GEB</u>, Charge <u>Title 18 USC § 1343</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_\_     Release on Personal Recognizance

     ✔     Bail Posted in the Sum of $ <u>300,000.00</u>

          ✔     Unsecured Appearance Bond <u>$200,000.00 (co-signed)</u>

          ✔     Appearance Bond with Surety <u>$100,000.00</u>

          \_\_     Corporate Surety Bail Bond

     ✔     (Other)     <u>USM to release dft at 9:00 a.m. on 2/13/2017</u>

<u>to Pretrial Services. With pretrial supervision and conditions of release as</u>

<u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 10, 2017</u> at <u>2:45</u> <u>pm</u>.

By _____
Deborah Barnes
United States Magistrate Judge