PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KORYUN HAKOBYAN,<br><br>                Defendant. | CASE NO. 2:12-CR-00224 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 26, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 26, 2017.

2. By this stipulation, defendant now moves to continue the status conference until June 30, 2017, and to exclude time between May 26, 2017, and June 30, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 75,000 pages of bank records, investigative reports and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with his client, review the

current charges, conduct investigation and research related to the charges, to review and copy the voluminous discovery for this matter, to discuss potential resolution with his client, and to prepare for trial.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 26, 2017 to June 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 22, 2017                            PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ LEE S. BICKLEY
                                                 LEE S. BICKLEY
                                                 Assistant United States Attorney

Dated: May 22, 2017                            /s/ GREG FOSTER

|     | GREG FOSTER |
|-----|-------------|
|     | Counsel for Defendant |
|     | Koryun Hakobyan |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 23, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge