ALAN J. DONATO, SBN: 264755
Law Offices of Alan J. Donato
1383 Garden Highway, Suite 100
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.303.1561

Attorney for Defendant
KORYUN HAKOBYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KORYUN HAKOBYAN.<br><br>        Defendant. | Case No.: 2:12-CR-00224-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>SENTENCING<br><br>Date: February 16, 2018<br>Time: 9:00 A.M.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Lee Bickley, Assistant United States Attorney, attorney for plaintiff, together with Alan Donato, attorney for defendant Koryun Hakobyan, that the previously scheduled judgment and sentencing for defendant Hakobyan, currently set for February 16, 2018, be vacated and that the matter be set for judgment and sentencing on March 16, 2018 at 9:00 a.m.

On June 30, 2017, Defendant Hakobyan pleaded guilty to Count One of the superseding information, conspiracy to commit wire fraud in violation of 18 U.S.C. 371. (ECF 37, 38.) On September 13, 2017, Defense Counsel for Hakobyan submitted a memorandum asking for a continuance as to the judgment and sentencing because Defense Counsel accepted a job with the Sacramento County Public Defender's Office. The court granted the request for the continuance and calendared Judgment and Sentencing for the currently set date of February 16, 2018.

New Counsel was appointed for Mr. Hakobyan and the Court granted the substitution of attorney on 9/19/2017. On November 21, 2017, the court granted an order substituting Mr.

1

Donato for the previously appointed defense counsel.  This is the first continuance requested by current Counsel for Mr. Hakobyan. This continuance is requested to allow Counsel time to review the discovery, meet and confer with the Defendant, and take all other measures necessary and appropriate to effectively represent Mr. Hakobyan at the judgment and sentencing.

The parties agree to the following new schedule for disclosure of the pre-sentence report and for filing of objections and statements of non-opposition to the report:

| | |
|---|---|
| Judgment and Sentencing Date: | March 16, 2018 |
| Reply or Statement of No Opposition | March 9, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing Counsel no later than: | March 2, 2018 |
| Presentence Report shall be filed with the Court and disclosed to Counsel no later than: | February 23, 2018 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation and opposing Counsel no later than: | February 16, 2018 |
| Proposed Pre-Sentence Report shall be disclosed to Counsel no later than: | February 2, 2018 |

IT IS FURTHER STIPULATED that the Speedy Trial Act does not apply because defendant Hakobyan has already entered a guilty plea to all charges.

IT IS SO STIPULATED.

Dated: December 12, 2017          PHILLIP A. TALBERT
                                  UNITED STATES ATTORNEY

                        By:    /s/ Lee Bickley
                               LEE BICKLEY
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

Dated: December 12, 2017           /s/ Alan J. Donato
                                  ALAN J. DONATO,
                                  Attorney for Defendant
                                  KORYUN HAKOBYAN

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance as to defendant Hakobyan is GRANTED. The judgment and sentencing for defendant Hakobyan shall be removed from this court's February 16, 2018 criminal calendar and re-calendared for March 16, 2018, at 9:00 a.m.

Based on the representations of the parties, the court finds that the ends of justice are served by granting this continuance, and that the Speedy Trial Act does not apply.

The following schedule of disclosures and filings is hereby ordered:

| | |
|---|---|
| Judgment and Sentencing Date: | March 16, 2018 |
| Reply or Statement of No Opposition | March 9, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing Counsel no later than: | March 2, 2018 |
| Presentence Report shall be filed with the Court and disclosed to Counsel no later than: | February 23, 2018 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation and opposing Counsel no later than: | February 16, 2018 |
| Proposed Pre-Sentence Report shall be disclosed to Counsel no later than: | February 2, 2018 |

**IT IS SO ORDERED.**

Dated:  December 19, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3